Cite as 2025 Ark. App. 109

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR-24-38

| | | |
|---|---|---|
| JUSTIN GATEWOOD | | Opinion Delivered February 26, 2025 |
| | APPELLANT | |
| V. | | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT [NO. 63CR-20-165] |
| STATE OF ARKANSAS | | HONORABLE BRENT DILLON HOUSTON, JUDGE |
| | APPELLEE | |
| | | AFFIRMED; MOTION TO BE RELIEVED GRANTED |

**N. MARK KLAPPENBACH, Chief Judge**

This no-merit appeal returns to us after we ordered Gatewood's counsel to rebrief the case because counsel failed to address an adverse ruling. *Gatewood v. State*, 2024 Ark. App. 445. Counsel has submitted a new brief. Neither the State nor appellant has filed anything in response. We affirm the order revoking Gatewood's probation and grant counsel's motion to be relieved.

This appeal follows the revocation of Gatewood's probation. We need not reiterate the history of this case because it is set out in *Gatewood*, *supra*. Counsel has addressed the sufficiency of the evidence to revoke probation and the remaining adverse rulings, explaining why none could support a meritorious appeal. From our review of the record and the brief presented to us, we find that appellant's counsel has complied with the requirements for a

no-merit brief as outlined in *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(b) (2024), and hold that the appeal is wholly without merit. Accordingly, we affirm the revocation and grant counsel's motion.

Affirmed; motion to be relieved granted.

BARRETT and WOOD, JJ., agree.

*Jones Law Firm*, by: *F. Parker Jones III*, for appellant.

One brief only.